Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| WIND TOWER TRADE COALITION,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>                              Defendant. | Before: Hon. _____<br><br>Court No. 21-00629 |

**TO:**   The Attorney General and the Department of Commerce:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                              /s/ Mario Toscano
                                                              Clerk of the Court

1. Plaintiff, Wind Tower Trade Coalition is an association of domestic producers of utility scale wind towers and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). Plaintiff was also participated in the underlying investigation by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the investigation of *Utility Scale Wind Towers From Malaysia*, 86 Fed. Reg. 56,894 (Dep't Commerce Oct. 13, 2021) (final affirm. deter. of sales at less than fair value). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i).
   (Brief description of the contested determination)

3. The U.S. Department of Commerce's final determination was issued on October 6, 2021, and the corresponding antidumping duty order was issued on December 6, 2021.
   (Date of determination)

Form 3-2

4. The U.S. Department of Commerce's final determination was published on October 13, 2021 (86 Fed. Reg. 56,894) and the corresponding antidumping duty order was published on December 6, 2021 (86 Fed. Reg. 69,014).
(If applicable, date of publication in Federal Register of notice of contested determination)

                                            Alan H. Price, Esq.
                                            Daniel B. Pickard, Esq.
                                            Robert E. DeFrancesco, III, Esq.
                                            Laura El-Sabaawi, Esq.
                                            John Allen Riggins, Esq.

                                            **WILEY REIN LLP**
                                            1776 K Street, NW
                                            Washington, DC 20006
                                            (202) 719-7000
                                            WileyTrade@wiley.law

/s/ Alan H. Price
Signature of Plaintiff's Attorney

December 21, 2021
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044